# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

September 14, 2023

**By the Court:**

Nos. 21-3054, 22-1114, and 22-1839

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., <br>     *Plaintiffs - Appellees*, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| v. | No. 1:17-cv-01973 |
| HYTERA COMMUNICATIONS CORPORATION LTD., et al., <br>     *Defendants - Appellants*. | Martha M. Pacold, <br>     *District Judge.* |

**O R D E R**

    On consideration of the papers filed in these appeals (and particularly Hytera's response to the court's order of May 25, 2023), and review of the short records,

    IT IS ORDERED that the panel assigned to Appeal No. 22-2370 (consolidated with 22-2413) will decide if any of these earlier appeals should be dismissed as unnecessary in light of the notice of appeal filed on August 2, 2022 (and docketed as 22-2370), listing the various orders and rulings that the appellant Hytera wants this court to review. *See* Fed. App. P. 3(c)(4)-(6).