# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 11, 2025

*By the Court*:

| | |
|---|---|
| No. 21-3054 | MOTOROLA SOLUTIONS, INC. and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD.,<br>    Defendant - Appellant |
| No. 22-1114 | MOTOROLA SOLUTIONS, INC. and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC. and HYTERA COMMUNICATIONS AMERICA (WEST), INC.,<br>    Defendants - Appellants |
| No. 22-1118 | MOTOROLA SOLUTIONS, INC. and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD.,<br>    Plaintiffs - Appellants<br><br>v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD., et al.,<br>    Defendants - Appellees |
| No. 22-1839 | MOTOROLA SOLUTIONS, INC., and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD.,<br>    Plaintiffs - Appellees |

|  | v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., and HYTERA COMMUNICATIONS AMERICA (WEST), INC.,<br>        Defendants - Appellants |
|---|---|
| No. 22-1919 | MOTOROLA SOLUTIONS, INC. and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD.,<br>        Plaintiffs - Appellants<br><br>v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD., et al.,<br>        Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:17-cv-01973<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold ||

Upon consideration of the **JOINT STATEMENT REGARDING FEBRUARY 26, 2025 ORDER**, filed on March 10, 2025, by counsel for the parties,

**IT IS ORDERED** that appeal nos. 21-3054, 22-1114, 22-1118, 22-1839, and 22-1919 are voluntarily **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)